

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v                                                                 CRIMINAL NO. 1:15cr14KS-RHW

SEAN H. ANTHONY

## AGREED PRELIMINARY ORDER OF FORFEITURE

PURSUANT to a separate Plea Agreement between **SEAN H. ANTHONY**, and the **UNITED STATES OF AMERICA** (the Government), **SEAN H. ANTHONY** acknowledges and agrees that the following findings are correct, and further agrees with the adjudications made herein.

THEREFORE the Court finds as follows:

1. The defendant is fully aware of the consequences of having agreed to forfeit to the Government his interests in and to the hereinafter described property, having been apprised of such by his attorney and by this Court; and he has freely and voluntarily, with knowledge of the consequences, entered into a Plea Agreement with the Government to forfeit such property.

2. Based upon a factual basis presented by the Government, to which the defendant agrees, the **$394,720.00 money judgment** constitutes property that was involved in the violation charged in the Information and/or was monetary proceeds traceable to such violation. Further, the Information charges the defendant with conspiracy in violation of Title 18, United States Code, Section 371. Such property is, therefore, subject to forfeiture pursuant to Title 18, United States Code, Sections 982(a)(7).

3. The defendant has been apprised that Rule 32.2 of the Federal Rules of Criminal Procedure, Title 18, United States Code, Section 982 requires the Court to order the forfeiture of the **$394,720.00 money judgment**, at and as a part of the sentencing proceeding.  He does hereby

waive such requirement and the requirement that the forfeiture be made a part of the sentence as ordered by the Court in the document entitled, "Judgment in a Criminal Case." The defendant and his attorney further authorize the Court to enter this order immediately, and agree that the forfeiture ordered hereunder will be a part of the sentence of the Court whether ordered at that proceeding or not and whether or not attached as a part of the said Judgment in the Criminal Case.

IT IS, THEREFORE, ORDERED AND ADJUDGED AS FOLLOWS:

a. That the government is granted a **money judgment** of forfeiture from the defendant, **SEAN H. ANTHONY**, in the amount of **$394,720.00** which represents property that was involved in and/or was monetary proceeds traceable to such violation as set forth in the Information of this matter as provided for in Fed. R. Crim. P. 32.2.

b. That any ancillary hearing is hereby dispensed with as the forfeiture provides for a money judgment. Pursuant to Fed. R. Crim. P. 32.2(c)(1), this Agreed Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing [or before sentencing if the defendant consents] and shall be made part of the sentence and included in the judgment, and that this order shall be enrolled in all appropriate Judgment Rolls.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

SO ORDERED AND ADJUDGED this the 5th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE

_____
ANNETTE WILLIAMS
Assistant United States Attorneys

_____
SEAN H. ANTHONY
Defendant

_____
JOE SAM OWEN
Attorney for Defendant